Axel W. Hallenborg v. William C. Greene and Others.— Motion to

dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LENA SPEESMAN and Others v. NASSAU BEEKMAN INVESTING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.